IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| PAULA PERRY, as legal guardian for minors K.P. and T.S. and on behalf of a class of individuals as defined in Mo. Rev. Stat. § 537.080, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | No. 4:21-CV-00177-DGK |
| FARMERS INSURANCE COMPANY, INC., | ) ) | |
| Defendant. | ) | |

## ORDER APPROVING SETTLEMENT

This case arises from the death of Amanda Perry who passed away after sustaining injuries in a car accident. Plaintiff Paula Perry, the legal guardian of Amanda Perry's surviving children, brought claims against Defendant Farmers Insurance Company, Inc. ("Farmers") for breach of contract and statutory vexatious refusal to pay. Following mediation, the parties reached a proposed settlement which would resolve all Plaintiff's claims against Defendant. Now before the Court is the parties' Joint Motion to Approve Minor Settlement. ECF No. 13.

Under Missouri law, a decedent's children may seek any damages due the decedent. Mo. Rev. Stat. § 537.080. When the children are minors, any agreement to waive a jury trial and enter into a settlement agreement must be approved by the court. Mo. Rev. Stat. § 507.184.

Here, the parties have filed the settlement agreement with the Court, and Plaintiff's counsel has shared his fee arrangements with the Court. Upon review, the Court is satisfied that the settlement is fair and reasonable and Plaintiff's counsel's fee agreement is fair and reasonable. Therefore, the parties' motion to approve minor settlement is GRANTED. Per the terms of the settlement agreement, minor K.P. shall receive $4,055.89 and minor T.S. shall receive $4,055.90.

**IT IS SO ORDERED.**

Date: August 6, 2021      /s/ Greg Kays
                          GREG KAYS, JUDGE
                          UNITED STATES DISTRICT COURT