IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| PAULA PERRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:21-cv-00177-DGK |
| ) | |
| FARMERS INSURANCE COMPANY, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER OF DISMISSAL

Pursuant to the parties' stipulation of dismissal (ECF No. 19), it is ORDERED that this action is dismissed WITH PREJUDICE against Defendant. Each party shall bear its own fees and costs.

**IT IS SO ORDERED.**

Date:    January 13, 2022              /s/ Greg Kays
                                       GREG KAYS, JUDGE
                                       UNITED STATES DISTRICT COURT